**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>W. LISA LOCKARD<br><br>V.<br><br>FIDELITY INFORMATION SERVICES, INC. | Case Number: 07 CV9999<br>FILED: JULY 1, 2008<br>08CV3767<br>JUDGE SHADUR<br>MAGISTRATE JUDGE DENLOW |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
PLAINTIFF, W. LISA LOCKARD                                     PH

| |
|---|
| NAME (Type or print)<br>HUBERT O. THOMPSON |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Hubert O. Thompson |
| FIRM<br>BROTHERS & THOMPSON, P.C. |
| STREET ADDRESS<br>100 W. MONROE STREET, SUITE 1700 |
| CITY/STATE/ZIP<br>CHICAGO, IL 60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>3125736 | TELEPHONE NUMBER<br>(312) 372-2909 |
|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓     NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐     NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓     NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓     NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |