# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| | |
|---|---|
| In the Matter of<br>W. LISA LOCKARD,<br>      Plaintiff,<br>v.<br>FIDELITY INFORMATION SERVICES, INC.<br>      Defendant. | Case Number: 08-CV-3767 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

FIDELITY INFORMATION SERVICES, INC.

| | |
|---|---|
| NAME (Type or print)<br>Dana S. Connell | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>    s/ Dana S. Connell | |
| FIRM<br>Littler Mendelson, P.C. | |
| STREET ADDRESS<br>200 North LaSalle Street - Suite 2900 | |
| CITY/STATE/ZIP<br>Chicago, Illinois 60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>06183652 | TELEPHONE NUMBER<br>312-372-5520 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓    NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐    NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓    NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓    NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |

## CERTIFICATE OF SERVICE

    I hereby certify that on August 15, 2008, I electronically filed the foregoing Appearance with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Huberto O. Thompson
Brothers & Thompson
100 West Monroe Street
Suite 1700
Chicago, Illinois 60603

                                              /s/ Dana S. Connell