# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of

W. LISA LOCKARD,
    Plaintiff,

v.

FIDELITY INFORMATION SERVICES, INC.
    Defendant.

Case Number: 08-CV-3767

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

FIDELITY INFORMATION SERVICES, INC.

| |
|---|
| NAME (Type or print)<br>Michael G. Congiu |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Michael G. Congiu |
| FIRM<br>Littler Mendelson, P.C. |
| STREET ADDRESS<br>200 North LaSalle Street - Suite 2900 |
| CITY/STATE/ZIP<br>Chicago, Illinois 60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6289254 | TELEPHONE NUMBER<br>312-372-5520 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐

## **CERTIFICATE OF SERVICE**

    I hereby certify that on August 15, 2008, I electronically filed the foregoing Appearance with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Huberto O. Thompson<br>
Brothers & Thompson<br>
100 West Monroe Street<br>
Suite 1700<br>
Chicago, Illinois 60603

                                            /s/ Michael G. Congiu